Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 1:11-cv-00676-LJO-SMS |
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER |
| vs. | |
| GEORGIA YVETTE MARTINEZ, et al., | |
| Defendants. | |

Plaintiff J & J Sports Productions, Inc. hereby applies *ex parte* for an order continuing the Case Management Conference in this action, presently set for Thursday, July 28, 2011 at 9:15 A.M. to a new date approximately thirty (30) to forty-five (45) days forward. This request is necessitated by the fact that Plaintiff's counsel has recently perfected service on defendants Georgia Yvette Martinez and Jose Martinez a/k/a Jose Merced Martinez a/k/a Jose Merced Martinez Juarez on July 5, 2011. A true and correct copy of the Proof of Service has been filed with this Honorable Court as docket entry 6 & 7.

As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the defendants. As a result, Plaintiff's counsel has not conferred with the defendants concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Joint Scheduling Conference Statement.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Case Management Conference presently scheduled for Thursday, July 28, 2011 to a new date approximately thirty (30) to forty-five (45) days forward.

Respectfully submitted,

Dated: July 20, 2011

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**
**CASE NO. 1:11-cv-00676-LJO-SMS**
**PAGE 2**

## <u>ORDER</u>

It is hereby ordered that the Case Management Conference in civil action number 1:11-cv-00676-LJO-SMS styled *J & J Sports Productions, Inc. v. Georgia Yvette Martinez, et al*., is hereby continued from Thursday, July 28, 2011 at 9:30 A.M. to a new date of  **Wednesday, September 7, 2011 at 9:15 a.m. in Courtroom 7 before Judge Snyder.**

Plaintiff shall serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

Dated:   July 25, 2011                       /s/ Sandra M. Snyder
                                     UNITED STATES MAGISTRATE JUDGE

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)
CASE NO. 1:11-cv-00676-LJO-SMS
PAGE 3**