IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. CV F 11-0676 LJO SMS |
| Plaintiff, | **ORDER TO FILE PAPERS AS TO MAGISTRATE JUDGE CONSENT** |
| vs. | |
| GEORGIA YVETTE MARTINEZ, et al., | |
| Defendants. / | |

Due to having the heaviest district court caseload in the nation, limited Court resources, and the need to prioritize criminal and older civil matters over more recently filed actions, this Court ADMONISHES the parties to consent to the conduct of all further proceedings by a U.S. Magistrate Judge. Defendant Jose Martinez has filed a consent to the conduct of all further proceedings by a Magistrate Judge.

This Court has far more Magistrate Judges than U.S. District Judges, who carry far heavier caseloads than Magistrate Judges. As such, Magistrate Judges have greater flexibility and time to devote to civil matters. Without such consent, this Court is unable to commit to address this action to meet the parties' needs and expectations. Unless a party has done so already, this Court ORDERS each party, no later than September 7, 2011, to file papers to indicate whether the party consents to the conduct of all further proceedings by a Magistrate Judge. A consent form is available on the Court's website www.caed.uscourts.gov by checking the Clerk's Office link or by telephoning the Clerk's Office at (559)

1

1  499-5600 or (559) 499-5601.

2  IT IS SO ORDERED.

3  **Dated:   August 31, 2011**        /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE