IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. CV F 11-676 LJO SMS |
| Plaintiff, | **ORDER TO TAKE MOTIONS UNDER SUBMISSION** |
| vs. | (Docs. 14, 15.) |
| GEORGIA YVETTE MARTINEZ, et al., | |
| Defendants. / | |

Pursuant to its practice, this Court will consider defendants' motions to dismiss and to strike on the record and VACATES the September 21, 2011 hearing. *See* Local Rule 230(c). Due to having the heaviest district court caseload in the nation and inability to hold to scheduled dates, this Court encourages the parties to consider consent to the conduct of further proceedings by a United States Magistrate Judge.

IT IS SO ORDERED.

Dated:   September 12, 2011                    /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE

1