Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net
**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | **Case No. 1:11-cv-00676-LJO-SMS** |
| **Plaintiff,** | |
| | **PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE FOR MOTION FOR DEFAULT JUDGMENT;** |
| **vs.** | |
| **GEORGIA YVETTE MARTINEZ, et al.,** | **ORDER** (Doc. 34) |
| **Defendant(s).** | |
| | **DATE:  Wednesday, March 21, 2012** |
| | **TIME:   10:00 A.M.** |

**TO THE HONORABLE SANDRA M. SNYDER, THE DEFENDANT(S),
AND THEIR ATTORNEY(S) OF RECORD:**

The undersigned counsel for Plaintiff J & J Sports Productions, Inc., respectfully requests the opportunity to appear telephonically for the upcoming Motion for Default Judgment presently scheduled for Wednesday, March 21, 2012 at 10:00 A.M.

This request is necessitated by the fact that Plaintiff's counsel's law firm is located in South Pasadena, Los Angeles County, outside the Fresno Division of this Honorable Court.

**WHEREFORE,** Plaintiff respectfully requests that Plaintiff's counsel be permitted to appear by telephone for the Motion for Default Judgment presently scheduled for Wednesday, March 21, 2012 at 10:00 A.M.

Respectfully submitted,

Date:   March 8, 2012                        */s/ Thomas P. Riley*_____
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

**ORDER**

It is hereby ordered that Thomas P. Riley, Plaintiff's lead trial counsel in civil action number 1:11-cv-00676-LJO-SMS styled *J & J Sports Productions, Inc. v. Martinez, et al.*, is hereby granted permission to appear telephonically at the Motion for Default Judgment presently scheduled for Wednesday, March 21, 2012 at 10:00 A.M.

IT IS SO ORDERED.

Dated:   __**March 8, 2012**__                        _____**/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE