Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net
**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGIA YVETTE MARTINEZ, et al.,<br><br>Defendant(s). | Case No. 1:11-cv-00676-LJO-SMS<br><br>**PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE FOR MOTION FOR DEFAULT JUDGMENT;**<br><br>**ORDER** (Doc. 34)<br><br>**DATE:  Wednesday, March 21, 2012**<br>**TIME:   10:00 A.M.** |

**TO THE HONORABLE SANDRA M. SNYDER, THE DEFENDANT(S),**
**AND THEIR ATTORNEY(S) OF RECORD:**

   The undersigned counsel for Plaintiff J & J Sports Productions, Inc., respectfully requests the opportunity to appear telephonically for the upcoming Motion for Default Judgment presently scheduled for Wednesday, March 21, 2012 at 10:00 A.M.
   This request is necessitated by the fact that Plaintiff's counsel's law firm is located in South Pasadena, Los Angeles County, outside the Fresno Division of this Honorable Court.

**WHEREFORE,** Plaintiff respectfully requests that Plaintiff's counsel be permitted to appear by telephone for the Motion for Default Judgment presently scheduled for Wednesday, March 21, 2012 at 10:00 A.M.

Respectfully submitted,

Date:   March 8, 2012                     */s/ Thomas P. Riley*
                                          **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                          By: Thomas P. Riley
                                          Attorneys for Plaintiff
                                          J & J Sports Productions, Inc.

## **ORDER**

It is hereby ordered that Thomas P. Riley, Plaintiff's lead trial counsel in civil action number 1:11-cv-00676-LJO-SMS styled *J & J Sports Productions, Inc. v. Martinez, et al.*, is hereby granted permission to appear telephonically at the Motion for Default Judgment presently scheduled for Wednesday, March 21, 2012 at 10:00 A.M.

IT IS SO ORDERED.

Dated:   **March 8, 2012**                     **/s/ Sandra M. Snyder**
                                               UNITED STATES MAGISTRATE JUDGE