IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.<br><br>         Plaintiff,<br>   vs.<br>GEORGIA YVETTE MARTINEZ, et al.,<br><br>         Defendants.<br>_____/ | CASE NO. CV F 11-0676 LJO SMS<br><br>**ORDER TO DISMISS DEFENDANT**<br>(Doc. 39.) |

Based on the plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES this action without prejudice as to defendant Georgia Yvette Martinez only. The clerk is directed NOT to close this action.

IT IS SO ORDERED.

**Dated:   April 27, 2012**              /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE