**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC. | CASE NO. CV F 11-0676 LJO SMS |
| Plaintiff, | **ORDER TO DISMISS DEFENDANT** (Doc. 39.) |
| vs. | |
| GEORGIA YVETTE MARTINEZ, et al., | |
| Defendants. / | |

Based on the plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES this action without prejudice as to defendant Georgia Yvette Martinez only. The clerk is directed NOT to close this action.

IT IS SO ORDERED.

**Dated:  April 27, 2012**                    /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

1