Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>Jose Merced Martinez, et al.,<br><br>Defendant. | CASE NO. 1:11-cv-00676-LJO-SMS<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT JOSE MERCED MARTINEZ A/K/A JOSE MERCED MARTINEZ JUAREZ, individually and d/b/a PUERTO VALLARTA SEAFOOD RESTAURANT A/K/A MARISCOS PUERTO VALLARTA |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant JOSE MERCED MARTINEZ A/K/A JOSE MERCED MARTINEZ JUAREZ, individually and d/b/a PUERTO VALLARTA SEAFOOD RESTAURANT A/K/A MARISCOS PUERTO VALLARTA, that the above-entitled action is hereby dismissed **without prejudice** against JOSE MERCED MARTINEZ A/K/A JOSE MERCED MARTINEZ JUAREZ, individually and d/b/a PUERTO VALLARTA SEAFOOD RESTAURANT A/K/A MARISCOS PUERTO VALLARTA, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by September 23, 2013, the dismissal shall be deemed to be **with prejudice**.

///

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: August 13, 2013

**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley, Esquire
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated:

**JOSE MERCED MARTINEZ A/K/A JOSE MERCED MARTINEZ JUAREZ**
individually and d/b/a PUERTO VALLARTA SEAFOOD RESTAURANT A/K/A MARISCOS PUERTO VALLARTA

IT IS SO ORDERED.

Dated:  **August 30, 2013**          /s/ Lawrence J. O'Neill
                         UNITED STATES DISTRICT JUDGE